PS 8
(Rev. 4.2020)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

U.S.A. vs. Gracie Marie Hicks                                                         Docket No. 1:21CR00194-2

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jessica Ward, pretrial services/probation officer, presenting an official report upon the conduct of defendant Gracie Marie Hicks, who was placed under pretrial release supervision by the Honorable Susan Hightower, U.S. Magistrate Judge, sitting in the court at Austin, Texas on the 8th date of October, 2021 under the following conditions:

> See Appearance Bond and Conditions of Release dated October 8, 2021.
>
> Condition #7(f): No travel outside Burleson, Travis, Hays, and Williamson county, unless authorized by U.S. Pretrial Services. No foreign travel.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> On October 8, 2021, the defendant was released on bond with restrictions for travel and residence as follows: Condition (f): No travel outside Burleson, Travis, Hays, and Williamson county, unless authorized by U.S. Pretrial Services. No foreign travel.
>
> On April 8, 2022, Pretrial Services approved the defendant's request to move with her husband/co-defendant, Eric Hicks to Texas City, Texas which is supervised by the Southern District of Texas - Galveston Division. The defendant moved to the approved residence on April 15, 2022. A home assessment has been completed by the courtesy supervision officer located in the supervising district.
>
> Assistant United States Attorney, Douglas W. Gardner has been been apprised of the defendant's change in residence.

PRAYING THAT THE COURT WILL ORDER the conditions of release be modified to expand travel to the Southern District of Texas where she currently resides.

ORDER OF COURT

Considered and ordered this 7th day of June, 2022 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/07/2022

*Jessica Ward*
U.S. Pretrial Services Officer    Phone Number  +1 (512) 391-8839

*Amanda R. Cabrello*
Supervisory
U.S. Pretrial Services Officer    Phone Number  +1 (210) 818-7861

Place   United States Pretrial Services Office
        501 W. 5th Street
        Suite 3200
        Austin, Texas 78701