## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| v. § | |
| § | No.  1:21-CR-00194-RP-2 |
| § | |
| **GRACIE MARIE HICKS (2)**, § | |
| *Defendant* § | |

## ORDER

Before the Court is Defendant's Unopposed Motion for Permission to Travel, filed August 23, 2022 (Dkt. 80). The District Court referred the motion to the undersigned Magistrate Judge for resolution, pursuant to 18 U.S.C. § 3006A(b), 28 U.S.C. § 636(b)(1)(A), and Rule 44 of the Federal Rules of Criminal Procedure. Dkt. 82.

On February 23, 2022, Defendant pled guilty to one count of Conspiracy to Possess with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(C). Dkt. 53. The offense to which Defendant pled guilty carries a maximum possible prison term of twenty years and a maximum fine of $1 million. Her sentencing is set for October 20, 2022. Dkt. 77.

In the instant Motion, Defendant requests permission to travel to Colorado with her husband and co-defendant, Eric James Hicks, from August 25 to August 28, 2022. On August 16, 2022, the Court denied Defendant's previous motion to travel with her husband on a cruise from August 24 to August 29, 2022. Dkt. 73; Dkt. 76.

Having carefully considered the facts and circumstances of Defendant's case, and particularly in light of her sentencing in less than two months, the undersigned Magistrate Judge cannot

1

2

approve a request by Defendant to travel outside of the restrictions in her Conditions of Release, as set October 8, 2021 and modified June 7, 2022. Dkt. 24; Dkt. 65.

For these reasons, Defendant's Unopposed Motion to Travel (Dkt. 80) is **DENIED**.

**SIGNED** on August 24, 2022.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE